In the Matter of the Judicial Settlement of the Accounts of BURT JACKSON, as Executor, etc., of FRANK JACKSON, Deceased.— Motion to dismiss appeal granted, with costs.

FRANK RUSKIEWICZ, Appellant, v. POLISH DAILY NEWS COMPANY, INC., Respondent.— Appeals dismissed, without costs, upon stipulation filed.

WILTON BLOCK, as Administrator, etc., Appellant, v. CATHERINE M. AMSDEN, Respondent.— Motion to amend decision denied. Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

TRADERS NATIONAL BANK OF ROCHESTER, Respondent, v. CATHERINE M. AMSDEN and Another, Appellants.— Motion to dismiss appeal granted, unless appellants shall be ready to argue the appeal at the January, 1924, term.

ISABELLE M. TERWILLIGER, Respondent, v. LAFRONE TERWILLIGER, Appellant.— Motion to dismiss appeal granted, unless appellant shall be ready to argue the appeal at the January, 1924, term.

BENN KENYON, Respondent, v. FRED C. PEARSON, Appellant.— Motion to dismiss appeal granted, unless appellant shall pay to respondent ten dollars costs and be ready to argue the appeal at the opening of the January, 1924, term.

FRED B. WRIGHT, Appellant, v. JOHN W. LOCKIE and Another, Respondents.— Motion to dismiss appeal granted, unless appellant shall file and serve the printed papers and printed briefs on appeal by January 11, 1924.